■ In the Matter of the Arbitration between COUNTRY WIDE INSURANCE COMPANY, Respondent, and SYLVIA GOLD et al., Respondents, and ALLSTATE INSURANCE COMPANY, Appellant. SYLVIA GOLD et al., Respondents, v PAUL FESTIS et al., Respondents; PRUDENTIAL PROPERTY AND CASUALTY INSURANCE COMPANY, Respondent-Appellant, and ALLSTATE INSURANCE COMPANY, Appellant-Respondent.—Resettled judgment, Supreme Court, New York County (Hortense Gabel, J.), entered on or about September 25, 1986, unanimously affirmed for the reasons stated by Hortense Gabel, J., and the appeal from the judgment of said court entered on March 11, 1986, unanimously dismissed as having been superseded by the appeal from the resettled judgment entered on or about September 25, 1986, all without costs and without disbursements. Concur —Sandler, J. P., Carro, Milonas, Rosenberger and Smith, JJ.